UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

CIVIL ACTION NO. 05-369-JBC

DWAYNE HAMILTON,                                                                              PLAINTIFF,

V.                                                        ORDER

JO ANNE BARNHART, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                               DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

The plaintiff, Dwayne Hamilton, brought this action pursuant to 42 U.S.C. § 405(g) to obtain judicial review of an administrative decision of the Commissioner of Social Security denying Disability Insurance Benefits. The court referred this matter to United States Magistrate Judge James B. Todd, who prepared Proposed Findings of Fact and Recommendations to which the plaintiff objects. The court, having reviewed the record *de novo* in light of the plaintiff's objections, will adopt the magistrate judge's report and recommendation, deny the plaintiff's motion for summary judgment, and grant the Commissioner's motion for summary judgment.

**The Plaintiff's Objections:**

The plaintiff objects to the report and recommendation, arguing that the ALJ improperly rejected the opinions of two physicians, and that the ALJ erred in finding that he was not credible.

A.   The Physicians' Opinions

The ALJ may reject a physician's opinion as to the severity of a condition if that opinion is unsupported by objective medical evidence. 20 C.F.R. §§

404.1527(d)(3), 416.927(d)(3). *See, e.g., Bogle v. Sullivan*, 998 F.2d 342, 347-48 (6th Cir. 1993). Both Dr. Gilbert, a treating physician, and Dr. Schleenbaker, a consultative physician, opine that the plaintiff has severe physical limitations that affect his ability to work. Dr. Gilbert also opines that the plaintiff has similarly limiting mental conditions.

Although Dr. Gilbert's opinion suggests that the plaintiff is physically disabled, this opinion is not supported by objective medical evidence. Nor is Dr. Gilbert a mental health expert, and his office notes contain no substantive discussion of a mental impairment that would render the plaintiff disabled. Similarly, Dr. Schleenbaker bases his opinion as to the plaintiff's limitations largely on the plaintiff's subjective complaints of pain. (Tr. 336). Because the objective evidence – including reports of x-rays which are largely normal – does not support the conclusion that the plaintiff is physically or mentally unable to work, the ALJ did not err by rejecting Drs. Gilbert and Schleenbaker's conclusions about the plaintiff's limitations.

**B.    Credibility**

The plaintiff argues that the ALJ erred by finding him not credible. However, there is sufficient evidence in the record that could lead one to such a conclusion. First, the plaintiff's own statements are at odds with his father's testimony: although the plaintiff denied having a social life, his father testified that the plaintiff had a girlfriend and that, on at least one occasion, the plaintiff traveled to Ohio with friends. Second, the ALJ noted that the plaintiff's allegations of pain were not

supported by objective medical evidence. Because this court defers to the ALJ on questions of credibility, and because there is sufficient evidence in the record to support the ALJ's finding as to credibility, the court will not disturb it. *See Blacha v. Sec. of Health & Human Servs.*, 927 F.2d 228, 230-31 (6th Cir. 1990). Accordingly,

**IT IS ORDERED** that the magistrate judge's report and recommendation (DE 8) is **ADOPTED** as the opinion of the court.

**IT IS FURTHER ORDERED** that the plaintiff's motion for summary judgment (DE 4) is **DENIED**.

**IT IS FURTHER ORDERED** that the Commissioner's motion for summary judgment (DE 5) is **GRANTED**.

Signed on June 8, 2006

JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY